HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MATTHEW M. PEEPLES

FILED
Feb 10, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW M. PEEPLES,<br><br>    Defendant. | Case No.  2:22-mj-017-CKD<br><br>**ORDER FOR RELEASE OF MATTHEW M. PEEPLES** |

[PROPOSED] ORDER OF RELEASE

Defendant MATTHEW M. PEEPLES is to be **released from Sacramento County Jail as soon as practicable and *no later than* 2:30 p.m. on Thursday, February 10, 2022**. Mr. Peeples is ordered to report to the pretrial services office in Phoenix, Arizona on February 11, 2022.

Dated:  February 10, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE